Russell Davis (SBN 177959)
PACIFIC JUSTICE INSTITUTE
29 Lakewood Ave.
San Francisco, CA 94127
Tel. (415) 310-6575
rdavis@pji.org

Kevin T. Snider (SBN 170988)
PACIFIC JUSTICE INSTITUTE
ksnider@pji.org
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax (916) 857-6902
ksnider@pji.org

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SELENA KEENE, MELODY FOUNTILA, MARK MCCLURE, DARRELL TAKASATO, SHANNON HARTMAN, KATIE LIGHTFOOT, MD, <br><br>    Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; LONDON BREED, Mayor of San Francisco in her official capacity; CAROL EISEN, Human Resources Director, City and County of San Francisco, in her official capacity; SANTA CLARA VALLEY MEDICAL CENTER; PAUL E. LORENZ, Executive Director of Santa Clara County Medical Center, in his official capacity; DR. DAVID JACOBSON, Program Director for internist residents at Santa Clara County Medical Center, in his official capacity; JEFFREY V. SMITH, County Executive for Santa Clara County, in his official capacity; DOES 1-100, <br><br>    Defendants. | Case No.: 4:21-cv-09879-JST <br><br> **STIPULATION OF DISMISSAL AND** [PROPOSED] **ORDER** |

Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiffs SELENA KEENE, et al., by and through their counsel of record, and Defendants CITY AND COUNTY OF SAN FRANCISCO, et al., by and through their respective counsel of record, stipulate as follows:

WHEREAS, on December 21, 2021, Plaintiffs filed a Complaint for Injunctive and Declaratory Relief.

The undersigned parties hereby stipulate that this Court dismiss this action without prejudice. The parties shall bear their own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED.

Dated: February 24, 2022

/s/ Russell Davis
Russell M. Davis, Esq.
Kevin T. Snider, Esq.
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827

Dated: February 24, 2022

/s/ James Moxon Emery
James Moxon Emery
City Attorney's Office
City of San Francisco
1 Dr. Carlton B. Goodlett Place
City Hall, Suite 234
San Francisco, CA 94102-5408

Dated: February 25, 2022

/s/ Jose Luis Martinez
Jose Luis Martinez
Office of the County Counsel
County of Santa Clara
70 W. Hedding Street
East Wing, 9th Floor
San Jose, CA 95110

|     |     |
| --- | --- |
| 1   | **[PROPOSED]** ORDER |
| 2   | Having considered the stipulated request of the parties to dismiss the Complaint, and |
| 3   | finding good cause therefor, the Court hereby issues the following Order: |
| 4   | The action is dismissed without prejudice as against Defendants pursuant to FRCP |
| 5   | 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees, costs, and expenses. |
| 6   | IT IS SO ORDERED. |

Dated: February 28, 2022

_____
The Honorable Jon S. Tigar
Judge of the Northern District of California

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants on February 25, 2022.

Date: February 25, 2022                    /s/ Russell Davis
                                           Russell Davis